IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WASHINGTON MUTUAL BANK, FA,** | : | CIVIL ACTION NO. 1:06-CV-0635 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **COSIMO SANTACROCE** and | : | |
| **DIANE M. SANTACROCE,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of August, 2006, upon consideration of plaintiff's "praecipe to issue writ of execution" (Doc. 9), and of the writ of execution (Doc. 10) issued by the Clerk of Court, and it appearing that default judgment has not been entered in this case,[1] see FED. R. CIV. P. 55, it is hereby ORDERED that:

1. The writ of execution (Doc. 10) is VACATED.

2. The "praecipe to issue writ of execution" (Doc. 9) is DENIED.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge

---

[1] Currently pending before the court is plaintiff's motion for default judgment (Doc. 6).