IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WASHINGTON MUTUAL BANK, FA** s/b/m/t Bank United of Texas FSB, | : : | **CIVIL ACTION NO. 1:06-CV-635** |
| Plaintiff | : : | (Judge Conner) |
| v. | : : | |
| **COSIMO SANTACROCE** and **DIANE M. SANTACROCE**, Defendants | : : : | |

### ORDER

AND NOW, this 22nd day of August, 2006, upon consideration of the motion for default judgment (Doc. 6), in which plaintiff avers that an amount certain is owed by defendants pursuant to the terms of a mortgage agreement, and it appearing that default has been entered against defendants for failure to plead or otherwise defend (see Doc. 8) as provided by the Federal Rules of Civil Procedure, see FED. R. CIV. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the clerk shall enter the party's default."), but that the alleged principal of debt due and unpaid ($97,834.66) is greater than the original indebtedness ($97,200.00) (compare Doc. 1 ¶ 6, with Doc. 1, Ex. A), see id. 52(b) ("[If] it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence . . . the court may . . . order such references as it deems necessary and proper . . . ."), it is hereby ORDERED that plaintiff shall file, on or before September 8, 2006, a supplemental affidavit explaining the discrepancy in the amount of original indebtedness and the alleged principal of debt due and unpaid.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge