IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WASHINGTON MUTUAL BANK, FA** | : | **CIVIL ACTION NO. 1:06-CV-635** |
| **s/b/m/t Bank United of Texas FSB,** | : | |
| Plaintiff | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **COSIMO SANTACROCE and** | : | |
| **DIANE M. SANTACROCE,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 18th day of September, 2006, upon consideration of the motion for default judgment (Doc. 6), and the order of court dated August 22, 2006 (Doc. 12) directing plaintiff to file, on or before September 8, 2006, a supplemental affidavit explaining the discrepancy in the amount of original indebtedness and the alleged principal of debt due and unpaid, and it appearing that plaintiff has not filed a supplemental affidavit as of the date of this order nor requested an enlargement of time, it is hereby ORDERED that:

1. The motion for default judgment (Doc. 6) is DENIED.

2. On or before September 29, 2006, plaintiff shall show cause why the above-captioned case should not be dismissed. See FED. R. CIV. P. 41; L.R. 83.3.1.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge