IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WASHINGTON MUTUAL BANK, FA** s/b/m/t Bank United of Texas FSB, | : : : | CIVIL ACTION NO. 1:06-CV-635 |
| | : | (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **COSIMO SANTACROCE** and **DIANE M. SANTACROCE,** | : : : | |
| **Defendants** | : : | |

## ORDER

AND NOW, this 3rd day of October, 2006, upon consideration of the order of court dated September 18, 2006 (Doc. 13), directing plaintiff to show cause, on or before September 29, 2006, why the above-captioned case should not be dismissed,[1] and it appearing that plaintiff has not shown cause as of the date of this order nor requested an enlargement of time in which to do so, it is hereby ORDERED that:

1. The above-captioned case is DISMISSED without prejudice. See FED. R. CIV. P. 41; L.R. 83.3.1.

2. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court issued this show cause order (Doc. 13) after plaintiff failed to respond to the order of court dated August 22, 2006 (Doc. 12), which directed plaintiff to file a supplemental affidavit explaining the discrepancy in the amount of the original indebtedness and the alleged principal of debt due and unpaid.